IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

FILED
July 15, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Matthew Ware 0647148
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

v.

Wendys 3901 Matlock Rd
Whataburger 101 E. Euless Blvd
Cheesecake Factory Parks Mall
Union Gospel Mission Tarrant County Lancaster Rd.  Cotton Patch
Norwood Village Apts Norwall Adams St. McLean County Waco TX   William D Tabor
The Clairmonts Apts Sanford St.                       Tarrant County Jail Fort Worth TX
Defendant's Name and Address

CASE NO. 4-22CV-600-Q
(Clerk will assign the number)

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Matthew Ware, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes   ☒ No
   d. Gifts or inheritances?                             ☐ Yes   ☒ No
   e. Family or friends?                                 ☒ Yes   ☐ No
   f. Any other sources?                                 ☐ Yes   ☒ No

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.
   My Dad puts money on my books

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?   ☒ Yes   ☐ No

   If you answered YES, state the total value of the items owned.
   $232.97

1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes  ☑ No

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this ___June___ day of ___24___, 20 _22_.

___Matthew Wms___   ___0047148___
Signature of Plaintiff        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the  Tarrant County Jail
(name of institution)
where  Matthew Wilson Ware, Inmate ID No.  0647148 , is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ 232.31 .

(2) During the past six months, the prisoner's:

Average monthly balance was $ 300.00 .

Average monthly deposits to the prisoner's account were $ 300.00 .

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this  June  day of  24 , 20 22 .

_____
Authorized Officer

Tarrant County Jail
Institution of Confinement

## Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

Matthew Ware
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No.  0647148

3

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Matthew Wilson Were 100 N. Lamar St, Fort Worth TX 76102

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Norwood Village Apts 2010-2015

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I stayed their 5 years they had mold problem they never fixed it the walls & AC had mold & mildew

Defendant #2: Claremont Apts 2016-2020

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
on the couch I slept on for 5 yrs from Mission of Arlington Cat piss Nine Mission of Arlington Donated the couch to my mom GANG STALKING my face went numb I went to JPS had surgery my head brain I have a cyst in my brain CAT PISS & CAT Species Shit - Toxic Chemical

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: Cotton Patch Grapevine TX, Mansfield 2020

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I got fired for No Reason they were GANG Stalking me I went for a cigarette the dishwashing area was changed everything I left in area

Defendant #5: Tarrant County Jail / Mclean County 2021, 2021

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Mclean County dropped me on my head & tased me in the stomach I did nothing to deserve that

Torres transported me when she busted my right ear drum I bled my head almost broke my neck I was hurtin

booted me down my Tarrant County Jail They pepper sprayed me flipped me & tossed me on my head they set me up in Lewisburg I got a scar from them roughing me up. Torres transported me & stepped fast I flew the car

my ear head was broken

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Norwood Village Mold & Mildew for 5 years saying that I experienced it they have fixed it or did anything about it. Clairemont Hots cat piss Neurological Surgery Mission of Arlington wanted the pissy couch of my mom the right side of my face is numb I had brain surgery because they put a chip in my head brain cat piss McLean County they flipped me over on my head tased me in the stomach I don't deserve this. Tarrant County flipped me on my head they set me up with Laws Evans I got a scar on my right side arm, Officer Jones transported me to JPS Neurological in the white van slipped feet and hands cuffed almost broke my neck there were no medical personnel on feet & hands cuffed

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Norwood Village $50,000 Clairemont Hot springs million McLean County 1 million Tarrant County Jail 100 million dollars I've been locked up a year & month I'm in a red suite I got a cyst in my brain officer touch me I didn't touch the officer

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Matthew, Matt

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
0647148

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?     ____YES  √ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 6/10/22
              DATE

_____
(Signature of Plaintiff)
Matthew Ware

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __10__ day of __June__, 20 _22_.
           (Day)              (month)         (year)

_____
(Signature of Plaintiff)
Matthew Ware

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Matthew Wilson-Ware CID#0647148
c/o Tarrant County Jail
100 North Lamar St.
Fort Worth TX 76102

NORTH TEXAS TX P&DC
DALLAS TX 750
12 JUL 2022 PM 4 L

JUL 15 2022
CLERK U.S. DISTRICT
NORTHERN DISTRICT

United States District Court
501 West 10th Street Room 310
Fort Worth TX 76102-3673

76102-364185